# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

DAVID SANCHEZ,

    Plaintiff,

v.

NEVADA PROFESSIONAL COLLECTIONS,

    Defendant.

Case No. 2:12-CV-01080-KJD-VCF

**ORDER**

    Plaintiff's Complaint (#1) was filed June 22, 2012. Service of the summons and complaint was executed on Defendant on September 6, 2012. Defendant's answer was due on September 7, 2012. However, Defendant has failed to answer or otherwise respond to the complaint. The Clerk of the Court entered default on January 9, 2013. However, Plaintiff has taken no action of record since that date. Therefore, the Court orders Plaintiff to file a status report, motion for default judgment, or notice of voluntarily dismissal no later than April 19, 2013.

    DATED this 4th day of April 2013.

                                                              Kent J. Dawson
                                                            United States District Judge