# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

DAVID SANCHEZ,

    Plaintiff,

v.

NEVADA PROFESSIONAL COLLECTIONS,

    Defendant.

Case No. 2:12-CV-01080-KJD-VCF

**ORDER**

    Plaintiff's Complaint (#1) was filed June 22, 2012. Service of the summons and complaint was executed on Defendant on September 6, 2012. Defendant's answer was due on September 27, 2012. However, Defendant has failed to answer or otherwise respond to the complaint. The Clerk of the Court entered default on January 9, 2013. On April 4, 2013, the Court ordered Plaintiff to file a status report, motion for default judgment, or notice of voluntary dismissal. However, Plaintiff did not respond to the Court's order. Accordingly, Plaintiff is ordered to file a status report, motion for default judgment, or notice of voluntary dismissal no later than May 28, 2013. Failure to respond to the Court's order will result in Plaintiff's complaint being dismissed without prejudice.

**IT IS SO ORDERED.**

    DATED this 8th day of May 2013.

_____
Kent J. Dawson
United States District Judge